ment, it was error (16 C. J. p. 968, sec. 2362) which requires a new trial. *Sledge* v. *State*, supra.

2. There was no occasion for the court to charge without request that if the taking was under a bona fide claim of right, there could not be robbery, because the defendant denied any taking by force, intimidation, or otherwise of any money of Jim Harper's.

*Judgment reversed. Broyles, C. J., and Guerry, J., concur.*

## 24188. HAMMONDS v. THE STATE.

MacINTYRE, J. This case is controlled by the ruling in *Gleaton* v. *State*, 50 *Ga. App.* 210 (177 S. E. 362).

*Judgment reversed. Broyles, C. J., and Guerry, J., concur.*
DECIDED NOVEMBER 27, 1934.

## 24209. BRITT v. THE STATE.

MacINTYRE, J. This case is controlled by the ruling in *Gleaton* v. *State*, 50 *Ga. App.* 210 (177 S. E. 363).

*Judgment reversed. Broyles, C. J., and Guerry, J., concur.*
DECIDED NOVEMBER 27, 1934.

## 24210. REAGIN v. THE STATE.

MacINTYRE, J. This case is controlled by the ruling in *Gleaton* v. *State*, 50 *Ga. App.* 210 (177 S. E. 362).

*Judgment reversed. Broyles, C. J., and Guerry, J., concur.*
DECIDED NOVEMBER 27, 1934.